

**THE CITY OF NEW YORK**
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

MICHAEL A. CARDOZO
*Corporation Counsel*

JOHANA V. CASTRO
Assistant Corporation Counsel
phone: (212) 788-0976
fax: (212) 788-9776
email: jcastro@law.nyc.gov

August 8, 2008

*Extension granted*

*Colleen McMahon*

BY FACSIMILE
(212) 805-6326
Honorable Colleen McMahon
United States District Judge
United States District Court
500 Pearl Street
New York, New York 10007-1312

Re:  Gonzalez v. City of New York et al., 08 CV 6116 (CM)

Dear Judge McMahon:

I am an Assistant Corporation Counsel in the Special Federal Litigation Division of the New York City Law Department assigned to the above-referenced case. I am writing to respectfully request a sixty-day enlargement of time, from August 11, 2008 to October 10, 2008 within which the City may answer or otherwise respond to the complaint. This is defendant's first request for an enlargement of time in this action. Plaintiff's counsel, Gregory Antollino, Esq., consents to "whatever the Court deems appropriate."

The complaint alleges, inter alia, that plaintiff Francisco Gonzalez was falsely arrested, imprisoned and maliciously prosecuted. Before this office can adequately respond to the complaint, we will need to conduct an investigation into the facts of the case. To this end, the City will need to obtain releases from plaintiff to access the underlying arrest and criminal court records regarding this action. The enlargement of time will therefore afford us the opportunity to investigate the matter.

No previous request for an enlargement of time has been made. Accordingly, it is respectfully requested that the City's time to respond to the complaint be extended to October 10, 2008.

Thank you for your consideration in this regard.

Respectfully submitted,

Johana Castro (JC 1809)
Assistant Corporation Counsel
Special Federal Litigation Division

cc:    BY FACSIMILE
       (212) 334-7397
       Gregory Antollino, Esq.
       Attorney for Plaintiff
       1123 Broadway, Suite 902
       New York, NY 10010

2