UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------- x

FRANCISCO GONZALEZ,

                                                   Plaintiff,        **NOTICE OF APPEARANCE**

-against-

THE CITY OF NEW YORK, ET AL.                08 CV 6116 (CM)(RLE)

                                                 Defendants.

----------------------------------------------------------------- x

        **PLEASE TAKE NOTICE** that **Johana Castro**, Assistant Corporation Counsel, on behalf of the Corporation Counsel of the City of New York, Michael A. Cardozo, appears herein as counsel of record for defendant City of New York in this action, and demands that a copy of the complaint and all notices and other papers be served upon defendant at this office.

Dated:  New York, New York
          August 12, 2008

                                                      MICHAEL A. CARDOZO
                                                      Corporation Counsel
                                                      of the City of New York
                                                      Attorney for Defendant City of New York
                                                      100 Church Street, Rm. 3-189
                                                      New York, New York 10007
                                                      (212) 788-0976

                                      By:    _____
                                                      Johana Castro (JC 1809)
                                                      Assistant Corporation Counsel
                                                      Special Federal Litigation Division

To:    BY ECF
        Gregory Antollino, Esq.
        Attorney for Plaintiff
        1123 Broadway, Suite 902
        New York, NY 10010